## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MGM NATIONAL HARBOR, LLC**, | * | |
| 3950 Las Vegas Boulevard South | | |
| Las Vegas, Nevada, 89119 | * | |
| | | |
| Plaintiff, | * | |
| | | |
| v. | * | |
| | | |
| **ELLA-RUE, LLC**, | * | |
| 3231 P St. NW | | |
| Washington, DC 20007 | * | |
| | | |
| <u>Serve On</u>: | * | Civil Action No.: _____ |
| Alexa Johnson | | |
| Resident Agent | * | |
| 2119 37th St. NW | | |
| Washington, DC 20007 | * | |
| | | |
| and | * | |
| | | |
| **KRISTA M. JOHNSON**, | * | |
| 2111 Wisconsin Ave., Apt. 608 | | |
| Washington, DC 20007 | * | |
| | | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **COMPLAINT**

Plaintiff MGM National Harbor, LLC ("MGM" or "Plaintiff"), through its undersigned counsel, hereby sues Defendants Ella-Rue, LLC ("Tenant") and Krista M. Johnson ("Guarantor") (collectively, "Defendants"), and states as follows:

## **Nature of Action**

1. This is an action against Tenant for breach of a commercial lease agreement and against Guarantor for breach of guaranty. Defendants are jointly and severally liable to Landlord for unpaid rent and other charges due prior to the date of termination of the Lease; rent and other

charges due following the date of termination until the end of the Lease term; improvement costs paid by Landlord; and broker fees, attorney's fees, and leasing fees incurred by Landlord. The total amount owed by Defendants as of the date of this Complaint is in excess of $784,000.00. Landlord's damages will continue to accrue through the date of judgment, up to and including the end of the lease term on March 30, 2027.

## The Parties

2. Landlord MGM National Harbor, LLC is a limited liability company organized and existing under the laws of the State of Nevada with its principal place of business located at 3950 Las Vegas Boulevard South, Las Vegas, Nevada, 89119. Landlord leases commercial property located in Oxon Hill, Prince George's County, Maryland. No member of MGM National Harbor, LLC is a citizen of the District of Columbia.

3. Tenant Ella-Rue, LLC is a limited liability company organized under the laws of the District of Columbia. Upon information and belief, no member of Ella-Rue, LLC is a citizen of the State of Nevada. According to the records of the District of Columbia Department of Consumer and Regulatory Affairs, Tenant's status as a limited liability entity has been revoked.

4. Defendant Krista M. Johnson is a natural person domiciled in the District of Columbia, residing at 2111 Wisconsin Ave., Apt. 608, Washington, DC 20007. Upon information and belief, Johnson is the sole member of Ella-Rue, LLC.

## Jurisdiction and Venue

5. This Court has jurisdiction over this action pursuant to 28 U.S.C. §1332 because the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

6. This Court has personal jurisdiction over Defendants under the provisions of the Maryland Long Arm Statute, Md. Code Ann., Cts. & Jud. Proc. Art. § 6-103. In addition, Defendants consented to jurisdiction in this Court pursuant to the terms of the lease and guaranty they executed.

7. Venue is proper in this Court because a substantial part of the events or omissions giving rise to Landlord's claim occurred in the District of Maryland and because Defendants consented to venue lying in this Court in the lease and guaranty they executed.

**Factual Background**

8. On or about October 7, 2016, Landlord entered into a commercial lease with Tenant for approximately 1,138 square feet of gross leasable area in the retail promenade of the MGM National Harbor Resort & Casino in Oxon Hill, Maryland (the "Lease").

9. The Lease is attached hereto as **Exhibit 1**.

10. The "Term" of the Lease is for a period of 10 years commencing on February 15, 2017 and ending on March 30, 2027.

11. In order to induce Landlord to enter into the Lease with Tenant, Guarantor guaranteed to Landlord the prompt and full payment (and not merely the collectability) and performance and observance by Tenant of each and every item, covenant, and obligation to be kept, paid, observed or performed by Tenant under the Lease.

12. The Guaranty is "Exhibit J" to the Lease.

13. Any limitation on Guarantor's liability under the Guaranty is of no force and effect because the conditions set forth therein have not been satisfied; specifically, Tenant did not comply with its obligations under the Lease through the thirty-sixth consecutive full calendar month following the Rent Commencement Date, and multiple Events of Default occurred during

that time period. As a consequence, Guarantors' liability under the Guaranty is unlimited and fully coextensive with Tenant's liability under the Lease.

## COUNT I
### (Breach of Contract)

14. Landlord incorporates by reference the allegations in the preceding paragraphs as if fully set forth herein.

15. The Lease and Guaranty are valid and enforceable contracts between Landlord and Defendants.

16. Landlord has substantially performed its material obligations under the contracts.

17. Defendants, however, have breached their material obligations under the contracts by, among other things, failing to pay rent and other amounts owed under the Lease and Guaranty as and when due.

18. On January 9, 2018, Landlord sent to Defendants a Default Notice based on Defendants' failure to pay rent and other charges due in November 2017, December 2017, and January 2018.

19. The Default Notice provided Defendants five days in which to cure their Default.

20. Defendants failed to cure their Default.

21. On January 29, 2018, Landlord sent to Defendants a Notice of Termination of Lease Agreement.

22. Defendants are liable to Landlord for $76,447.66 in unpaid rent and other charges due prior to the date of termination. Exh. 1, § 17.3(i).

23. Defendants are also liable to Landlord for $349,258.40 in improvement costs paid by Landlord. Exh. 1, § 17.1.3. This total consists of $113,800.00 paid by Landlord directly to Tenant for improvements; $113,800.00 paid by Landlord directly to Tenant's general contractor;

and $121,658.40 owed by Tenant to Landlord under the terms of an Improvement Allowance Loan to Tenant.

24. In addition, Defendants are liable to Landlord for broker fees, attorney's fees, and leasing fees incurred to date. Exh. 1, § 17.1.3(viii). Landlord paid a broker fee in the amount of $98,265.37 in connection with signing Ella Rue, LLC as a tenant (and anticipates that a similar broker fee will be paid in finding a replacement tenant). Landlord is also entitled to recover its reasonable attorney's fees incurred litigating this action.

25. Defendants are also liable to Landlord for lost rent in the approximate amount of $260,728.58 for the period post-termination through March 2019, and continuing month-to-month thereafter until such time as the premises are re-leased to a suitable replacement tenant. Exh. 1, § 17.3.

26. Notwithstanding Landlord's reasonable efforts to mitigate the damages caused by Defendants' breaches, which include, among other things, marketing the premises for re-lease and working with a reputable broker familiar MGM's property and the surrounding market to locate a suitable replacement tenant, Landlord continues to suffer additional damages and such damages may continue to accrue through the date of judgment, and up to and including the end of the lease term on March 30, 2027.

27. Landlord is entitled to interest and late charges on amounts owed under the Lease.

28. Landlord expressly reserves its rights under the Lease and Guaranty to seek any damages, which are beyond the date of any judgment and through the end of the lease term on March 30, 2027.

WHEREFORE, Plaintiff MGM National Harbor, LLC, demands judgment against Defendants Ella – Rue, LLC and Krista Johnson, jointly and severally, in an amount in excess of

$784,000.00 to date, or such greater amount to be proven at trial, plus rent and other charges as they accrue, attorneys' fees and costs, pre-judgment interest, post-judgment interest at the legal rate, and such other relief as the Court may award.

Dated: March 7, 2019            Respectfully submitted,

                            */s/ Todd M. Reinecker*
Todd M. Reinecker (Fed Bar No.: 27082)
Michael B. Brown (Fed Bar No.: 19641)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, Maryland 21202
410-727-6464
treinecker@milesstockbridge.com
mbbrown@milesstockbridge.com

*Attorneys for Plaintiff MGM National Harbor, LLC*

4851-0057-0244, v. 2